AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**REGINALD M. RUSSELL**
**DOB:**
**PDID:**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __MAY 25, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense) unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ .

I further state that I am __OFFICER JOHN COBB__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**  ☒ Yes  ☐ No

_____
Signature of Complainant
**OFFICER JOHN COBB**
**FIFTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____  at  __Washington, D.C.__
Date                                                              City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer