```
                    IN THE
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA

                    * * *
```

**UNITED STATES OF AMERICA**    )
                                )
        **Plaintiff;**   )
                                )
        **v.**           ) MAG NO 05-0316 (AK)
                                )
                                )
**REGINALD RUSSELL,**           )
                                )
        **Defendant.**   )

## NOTICE OF ASSIGNMENT

    The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                      Respectfully submitted,

                      A.J. KRAMER
                      FEDERAL PUBLIC DEFENDER

                          /S/
                      By:_____
                      David W. Bos
                      Assistant Federal Public Defender
                      625 Indiana Avenue, N.W., Suite 550
                      Washington, D.C. 20004
                      (202) 208-7500

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing instrument was served this 1ST day of June 2005 upon BARRY WIEGAND, Office of the United States Attorney for the District of Columbia, 555 Fourth Street., N.W., Washington, D.C. 20538.

                          /S/
                      By:_____
                      David W. Bos