**FILED**
MAY 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

FOR THE _____ DISTRICT OF ____ COLUMBIA _____

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

_Reginald M. Russell_
Defendant

Case Number: 05-316M-01

Upon motion of the ____ UNITED STATES GOVERNMENT ____, it is ORDERED that a detention hearing is set for __6-7-05__ * at __1:45 PM__
                                                    Date                          Time

before _____ MAGISTRATE JUDGE ~~ALAN KAY~~ _John M. Facciola_ _____
                                   Name of Judicial Officer

__United States District Court for the District of Columbia__
                   Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
                   Other Custodial Official

Date: __May 26, 2005__                              _____/s/ Alan Kay_____
                                                         Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.