UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO.  05-0316M-01 (CR) |
| **REGINALD M. RUSSELL, JR.,** | : | VIOLATION: 21 U.S.C.§841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about May 25, 2005, within the District of Columbia, **REGINALD M. RUSSELL, JR.**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

                                          KENNETH L. WAINSTEIN
                                          Attorney of the United States in
                                          and for the District of Columbia
                                          Bar No. 451-058

BY:      _____
          ANTHONY SCARPELLI
          Assistant United States Attorney
          Bar No. 474-711
          Organized Crime and Narcotics Trafficking Section
          555 4th Street, N.W., Room 4816
          Washington, D.C. 20530
          (202) 353-1679