UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
            Plaintiff               :       CRIMINAL NO. 05-272
                                   :       Judge Colleen Kollar-Kotelly
        vs.                         :
                                   :
REGINALD M. RUSSELL                 :
                                   :
            Defendant               :

ORDER

That the U.S. Probation Department shall prepare and file a pre-sentence report for REGINALD M. RUSSELL, by no later than NOVEMBER 14, 2005; and it is

FURTHER ORDERED that the parties shall file Memorandum in Aid of Sentencing, by no later than NOVEMBER 21, 2005; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom #11 on NOVEMBER 28, 2005 AT 9:00 A.M.

IT IS SO ORDERED,

Date: August 29, 2005

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
    File
    Pretrial
    Probation
    Aanthony Scarpelli, AUSA
    Jenifer Wicks, Esquire