CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 05cr 272
)
Reginald Russell )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Reginald Russell_
Defendant

_[signature]_
Counsel for defendant

I consent:

_Anthony Scapell_
United States Attorney

Approved:

_Colleen Kollar-Kotelly_
Judge