AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
AUG 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA

v.

Reginald Russell

**WAIVER OF INDICTMENT**

CASE NUMBER: 05 cr 272

I, __Reginald Russell__, the above named defendant, who is accused of

PWID Crack Cocaine

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/1/2005__
Date
prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Reginald Russell_
Defendant

_[signature]_
Counsel for Defendant

Before _Colleen Kollar-Kotelly_
Judicial Officer