HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-272-01</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| RUSSELL, Reginald | : | Disclosure Date: <u>October 17, 2005</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                    **Date**
### For the Defendant
(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.
(✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Reginald M. Russell_____          _____  11/4/05
**Defendant**            **Date**        **Defense Counsel**            **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **October 31, 2005**, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                    **Page 2**

31, 32   He was sentenced in September in
         both cases for probation violations

48.   criminal history category of VI.

Signed by: _____
              (Defendant/Defense Attorney/AUSA)

Date:   10/04/05