—HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

# FILED

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.:** <u>CR-05-272-01</u> |
| | : | |
| **vs.** | : | **SSN:** |
| | : | |
| **RUSSELL, Reginald** | : | **Disclosure Date:** <u>October 17, 2005</u> |

NOV 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( ✓ )    There are no material/factual inaccuracies therein.
(   )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _10-27-05_____
**Prosecuting Attorney**                                              **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)

(   )    There are no material/factual inaccuracies therein.
(   )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.


_____    _____    _____    _____
**Defendant**                      **Date**           **Defense Counsel**                **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>October 31, 2005</u>, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number <u>(202) 565-1422</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

**By:**    Richard A. Houck, Jr., Chief
United States Probation Officer